FILED
2010 NOV -1 PM 3:41
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE:                                   CASE NO. 05-59465-S

SHONDA T. PINCKNEY              CHAPTER 7

       Debtor                             REPORT OF DIVIDEND
                                                   <u>UNDER FIVE DOLLARS</u>

     Harold A. Corzin, Trustee herein, reports that check #10107 in the amount of $3.23 was issued on October 20, 2010 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

                                                                    Amt. of Dividend

Claim #1      Asset Acceptance LLC             $     3.23
               P.O. Box 2036
               Warren, MI 48090

TOTAL:                                                 $     3.23

                                                       _____
                                                       HAROLD A. CORZIN, TRUSTEE
                                                       304 N. Cleveland-Massillon Rd.
                                                       Akron, Ohio 44333
                                                       (330) 670-0770

October 26, 2010

*ck # 10107*
*receipt # 81898*